

# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| | |
|---|---|
| **PLAINTIFF** United States of America | **COURT CASE NUMBER** 06-212 (JR) |
| **DEFENDANT** $225,444.14 in United States Currency | **TYPE OF PROCESS** Verified Complaint and Warrant of Arrest in Rem |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE:
- ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

U.S. Customs and Border Protection

SEND NOTICE ON SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William R. Cowden
US Attorneys Office
555 4th Street, NW
Washington, DC 20530

| | |
|---|---|
| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

05-USC-000890
CATS ID #: 05-KEXX-000XXX

| Signature of Attorney or other Originator requesting service on behalf of: (x) Plaintiff ( ) Defendant — William R. Cowden | TELEPHONE NO. (202) 307-0258 | DATE 2/6/06 |

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS: SPECIAL AGENT John Doyle   2/8/05

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated. | District of Origin No. ___ | District to Serve No. ___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. Julie E. Bedenbaugh | DATE 2/7/06

( ) I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, ( ) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: Julie E. Bedenbaugh, FPFO

( ) A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)
22685 Holiday Park Dr. Suite 15
Sterling, VA 20166

| DATE OF SERVICE 2/7/06 | TIME OF SERVICE 1:310 | ( ) AM (X) PM |

SIGNATURE, TITLE AND TREASURY AGENCY: Julie E. Bedenbaugh

REMARKS: RECEIVED FEB 13 2006 NANCY MAYER-WHITTINGTON, CLERK U.S. DISTRICT COURT

TD F 90-22.48 (6/96)