IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:06CV00212 |
| v. ) | Judge James Robertson |
| ) | |
| $225,444.14 IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |

### VERIFIED STATEMENT OF INTEREST

Claimant, Franklin A. Glascon, through undersigned counsel, files this verified Statement of Interest in the property described above. As grounds for this claim, claimant states the following:

1. I am the owner of the currency seized in the above-titled action. I hereby claim the right to defend this action.

### VERIFICATION

I, Franklin A. Glascon, do hereby verify that I have read the foregoing Statement of Interest, and declare under penalty of perjury that the allegations therein are true and correct. Executed on this 6th day of March, 2006.

_____
Franklin A. Glascon, Claimant

Respectfully submitted,<br>
LAW OFFICE OF MARK A. SMITH, LLC

*[signature]*

Mark A. Smith (Bar #: 439116)
Law Office of Mark A. Smith, LLC
1785 Massachusetts Avenue, N.W.
Suite 100
Washington, D.C. 20036
(202) 776-0022
marksmith@masmithlaw.com
Attorney for Defendant

Dated: March 6, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this ___8th___ day of March, 2006, I caused a true and correct copy of the foregoing verified Statement of Interest on behalf of Franklin A. Glascon to be served via first-class mail upon:

        United States Attorney's Office
        Judiciary Center Building
        555 Fourth St., N.W.
        Washington, D.C. 20530

_____
Mark A. Smith