**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>$225,444.14 IN UNITED STATES )<br>CURRENCY, )<br>)<br>Defendant. )<br>)<br>FRANKLIN A. GLASCON, )<br>)<br>Claimant. )<br>_____) | Case No. 1:06CV00212<br>Judge James Robertson |

**CLAIMANT'S MOTION TO STAY PROCEEDINGS UNTIL
RESOLUTION OF THE RELATED CRIMINAL INVESTIGATION**

Pursuant to Title 18 United States Code Section 981(g)(2), Claimant, Franklin A. Glascon, by and through the undersigned counsel, hereby moves this Court for a stay of this civil forfeiture proceeding pending the resolution of the related criminal investigation. In support of this motion, Claimant states the following:

1. Claimant is the manager of an establishment called Stop and Shop Liquors, which he jointly owns with his wife.

2. On or about July 27, 2005, a federal seizure warrant was issued for funds held in an Industrial Bank account in the name of Stop and Shop Liquors, up to and including $445,170. Subsequently, $225,444.14 was seized from that account.

3. In August 2005, Claimant was informed by Assistant United States Attorney Bruce Hegyi that he was being investigated for criminal charges of Structuring Money Transactions.

4. On February 7, 2006, the United States Attorney's Office filed a Verified Complaint for Forfeiture in Rem against the seized amount of $225,444.14.

5. On March 6, 2006, Claimant filed a Verified Statement of Interest claiming joint ownership of the currency seized in this case.

6. On March 27, 2006, Claimant filed an answer to the Government's Verified Complaint.

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CLAIMANT'S MOTION TO STAY PROCEEDINGS

7. Claimant satisfies the requirements for a court to stay a civil forfeiture proceeding as set forth in 18 U.S.C. § 981(g)(2).

8. Section 981(g)(2) of Title 18 of the United States Code provides as follows:

> Upon the motion of a claimant, the court shall stay the civil forfeiture proceeding with respect to that claimant if the court determines that—
>
> (A) the claimant is the subject of a related criminal investigation or case;
> (B) the claimant has standing to assert a claim in the civil forfeiture proceeding; and
> (C) continuation of the forfeiture proceeding will burden the right of the claimant against self-incrimination in the related investigation or case.

9. Claimant is currently the subject of a criminal investigation, which he has been notified of by Bruce R. Hegyi, Assistant United States Attorney in the Federal Major Crimes Section. Claimant is being investigated for Structuring Money Transactions, 31 U.S.C. § 5324.

10. Claimant has standing to assert a claim in this civil forfeiture proceeding as he has filed a Verified Statement of Interest claiming joint ownership of the currency seized in the above captioned case.

11. Continuation of the civil forfeiture proceeding will burden the right of Claimant against self-incrimination in the related criminal investigation because information obtained through the discovery process could potentially be used against Claimant in his criminal case.

12. Undersigned counsel has spoken to Assistant U.S. Attorney Judith Kidwell, who represents the Government in this matter. The Government is not opposed to a stay of the civil forfeiture proceedings until the related criminal investigation is completed.

WHEREFORE, for the reasons stated above, Claimant, Franklin A. Glascon, respectfully moves this Court to stay this civil forfeiture proceeding until the criminal investigation and/or any related criminal charges are concluded.

Respectfully submitted,
LAW OFFICE OF MARK A. SMITH, LLC

/s/
_____
Mark A. Smith (Bar #: 439116)

                                              Law Office of Mark A. Smith, LLC
                                              1785 Massachusetts Avenue, N.W.
                                              Suite 100
                                              Washington, D.C. 20036
                                              (202) 776-0022
                                              marksmith@masmithlaw.com
                                              Attorney for Claimant

Dated: April 10, 2006