**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-0212 (JR) |
| | : |
| $225,444.14 IN UNITED STATES CURRENCY, | : |
| | : |
| Defendant. | : |

**<u>ORDER</u>**

The motion of Franklin A. Glascon to stay this civil forfeiture proceeding pending the conclusion of a pending criminal investigation and/or any related criminal charges are concluded is **granted**.


                                        JAMES ROBERTSON
                                   United States District Judge