UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-0212 (JR) |
| $225,444.14 IN UNITED STATES CURRENCY, | : |
| Defendant. | : |

**ORDER**

The parties are directed to file a status report within 30 days of the date of this order. It is **SO ORDERED**.


JAMES ROBERTSON
United States District Judge