**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
|       Plaintiff, | : |
|   v. | : Civil Action No. 06-0212 (JR) |
| $225,444.14 IN UNITED STATES CURRENCY, | : |
|       Defendant. | : |

**ORDER**

The Court having received no response to its order of October 27, 2006, calling for a status report, it is **ORDERED** that the government show cause within eleven days of the date of this order why its forfeiture action should not be dismissed for want of prosecution.


                                          JAMES ROBERTSON
                                United States District Judge