UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
| )                             | |
| Plaintiff,          ) | Civil Action No. 06-0212 (JR) |
| )                             | ECF |
| v.          ) | |
| )                             | |
| $225,444.14 IN UNITED STATES          ) | |
| CURRENCY,          ) | |
| )                             | |
| Defendant.          ) | |
| )                             | |

## NOTICE OF APPEARANCE

Please enter the appearance of William R. Cowden as counsel for the United States in this action, and withdraw Judith A. Kidwell.

Respectfully submitted,

/s/
WILLIAM R. COWDEN, DC Bar #426301
Assistant United States Attorney
555 4th St., N.W.
Washington, DC 20530
202-307-0258

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing Notice to be served upon counsel of record for claimant via the Court's ECF system, on this 12th day of December, 2006.

/s/
WILLIAM R. COWDEN, DC Bar #426301
Assistant United States Attorney
555 4th St., N.W.
Washington, DC 20530
202-307-0258