UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>$225,444.14 IN UNITED STATES )<br>CURRENCY, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-0212 (JR)<br>ECF |

**STATUS REPORT TO THE COURT**

The United States, by and through undersigned counsel, respectfully responds to the Court's December 11, 2006 Order that the Government show cause why this case should not be dismissed for want of prosecution, and the Court's October 27, 2006 Order for a Status Report.

On October 27, 2006, the Court ordered counsel for both the United States and claimant to confer and report back to the Court on the status of this civil forfeiture case that was stayed, at claimant's request, based on the existence of a related criminal investigation. Unfortunately, the Status Report was not filed by prior Government counsel before she left the Asset Forfeiture Unit and claimant's counsel has indicated that he did not receive the Court's October Order.

Recently, the Government's new counsel conferred with claimant's counsel. Claimant's counsel has indicated that he would like this Court to dismiss this case for want of prosecution, or in the alternative, to keep the stay in effect because ancillary matters that supported his initial request for a stay have not resolved. In claimant's counsel's view, the basis for his prior request for a stay still exists.

The Government opposes dismissal of this case for want of prosecution. It is the stay that

prevents the Government from prosecuting this case, the stay issued at claimant's request, and it remains in effect. The Government maintains that it would be manifestly unjust to penalize the Government for not prosecuting a case in the face of a stay that its opponent successfully secured. The Government does not oppose a lifting of the stay so that this case may be prosecuted, if the Court is so inclined, although, as previously indicated, claimant does not agree that the Court should lift the stay.

Claimant's counsel and the Government's new forfeiture counsel have agreed to discuss, in January 2007, several options that may expedite resolution of ancillary proceedings and, at the same time, this matter.

Respectfully submitted,

/s/
WILLIAM R. COWDEN, DC Bar #426301
Assistant United States Attorney
555 4th St., N.W.
Washington, DC  20530
202-307-0258

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing Notice to be served upon counsel of record for claimant via the Court's ECF system, on this 22nd day of December, 2006.

/s/
WILLIAM R. COWDEN, DC Bar #426301
Assistant United States Attorney
555 4th St., N.W.
Washington, DC  20530
202-307-0258