UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-0212 (JR) |
| $225,444.14 IN UNITED STATES CURRENCY, | : |
| Defendant. | : |

### ORDER

Upon consideration of the government's response [12] to the Court's order to show cause [10], it is **ORDERED** that the order to show cause [10] is **discharged**; it is **FURTHER ORDERED** that the stay order of 4/12/06 [8] **remains in effect**; and it is **FURTHER ORDERED** that claimant Franklin Gascon **file a report** within 45 days of the date of this order on the status of the criminal investigation referenced in his motion to stay [7].

JAMES ROBERTSON
United States District Judge