UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-0212 (JR) |
| $225,444.14 IN UNITED STATES CURRENCY, | : |
| Defendant. | : |

**MEMORANDUM ORDER**

The status report filed on February 22, 2007 on behalf of claimant Franklin Glascon asserts that neither claimant nor his counsel received this Court's orders of October 27 and December 11, 2006 [9, 10]. The Court's electronic record, however, clearly indicates that both documents were electronically served on counsel for claimant at the e-mail address he has provided. Counsel is responsible for his e-mail account, and upon receipt of notice of an electronic filing, for retrieving noticed filings. LCvR 5.4(b)(6).

The government is advised that, if no criminal prosecution related to the currency at issue in this case has been commenced within 90 days of the date of this order, this

forfeiture proceeding will be dismissed the funds ordered returned to the account from which they were seized.

```
                              JAMES ROBERTSON
                         United States District Judge
```