IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>) <br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**$225,444.14 IN UNITED STATES** )<br>**CURRENCY,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 06-00212 (JR) |

## NOTICE OF APPEARANCE

Please enter the appearance of Barry Wiegand as counsel for the United States in this action. Mr. William Rakestraw Cowden, Esq., also should remain as counsel for plaintiff.

Respectfully submitted,

/s/
BARRY WIEGAND, DC Bar #424288
Assistant United States Attorney
555 4th St., N.W.
Washington, DC  20530
202-307-0299

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing Notice of Appearance to be served upon claimant's counsel of record by means of the Court's ECF system on this  29th  day of March 2007.

/s/
BARRY WIEGAND
Assistant United States Attorney