IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>$225,444.14 IN UNITED STATES )<br>CURRENCY, )<br>)<br>Defendant. )<br>_____) | Case No. 1:06CV00212<br>Judge James Robertson |

## CLAIMANTS' UNOPPOSED MOTION
## TO ENLARGE TIME FOR FILING

On August 29, 2007, Plaintiff filed a "Motion To Lift Stay And For Summary Judgment." Counsel for Claimants, Franklin Glascon and Renee Glascon, has failed to file a response within the time designated by the rules. Claimants respectfully request that this Court enlarge the period that the local rules prescribe for one to respond to a motion. In support of this motion Claimants asserts the following:

    1.    Under Rule 6(b) of the Federal Rules of Civil Procedure, "the court for cause shown may at any time in its discretion . . . upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect."

    2.    Attorney for Claimants is currently in the throes of several matters involving, among other things, civil and criminal litigation. Several of these matters, since Labor

Day, have involved—and continue to involve—travel and depositions. These factors, in conjunction with various other professional and personal commitments, including a recent out-of-state death in the family, have rendered it impossible for counsel for Claimants to present a timely response to the government's motion. Similar reasons will preclude him from responding before the month is over.

    3.    Counsel for claimants has conferred with the United States Attorney's Office, and Barry Wiegand, the AUSA handling this matter, does not oppose enlargement through October 10, 2007.

    WHEREFORE, Claimants respectfully asks this Court to enlarge, through October 10, 2007, the time for Claimants to respond to the government's "Motion To Lift Stay And For Summary Judgment."

DATED this 11th day of September, 2007.

Respectfully submitted,

_____

Mark A. Smith
Law Offices of Mark A. Smith, LLC
D.C. Bar No. 439116
1785 Massachusetts Avenue, N.W.,
Suite 100
Washington, D.C. 20036
(202) 776-0022
(202) 756-7516 (facsimile)

Counsel for Claimants