**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | Civil Action No. 06-0212 (JR) |
| ) | ECF |
| v. ) | |
| ) | |
| **$225,444.14 IN UNITED STATES** ) | |
| **CURRENCY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |
| **FRANKLIN A. GLASCON &** ) | |
| **G. RENEE GLASCON,** ) | |
| ) | |
| **Claimants.** ) | |
| ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO ENLARGE TIME TO FILE REPLY**
**TO CLAIMANTS' OPPOSITION TO PLAINTIFF'S MOTION TO LIFT STAY, etc.**

*COMES NOW*, plaintiff United States of America, by and through its attorney, the United States Attorney for the District of Columbia, to move – without opposition – to enlarge until Wednesday, October 22, 2007, the time within which to file a reply to Claimants' Opposition To Plaintiff's Motion To Lift Stay And For Summary Judgment. In furtherance whereof, plaintiff respectfully submits as follows:

1. This is a civil action brought *in rem* in February 2006 to forfeit funds seized in July 2005 from a bank account in Washington, D.C. Claimants G. Renee Glascon and Franklin A. Glascon have entered this case to oppose the forfeiture. There are no other parties to the case, and it is too late for anyone else to enter it. This case has been stayed since April 2006.

2. The government filed a motion to lift the stay and for summary judgment on August 28, 2006. Without opposition, claimants enlarged the time to file an opposition to the motion, and

did so on October 10, 2007.

3.      Because of the need to complete other work duties, undersigned government counsel asks the Court to enlarge until next Wednesday, October 24, 2007, the time for the government to file a reply to claimants' opposition. Claimants' counsel, Mr. Mark Smith, Esq., graciously has stated that he does not oppose this motion. A proposed order granting this motion is attached.

**WHEREFORE**, plaintiff prays this Honorable Court to grant its motion and to enter the attached order.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar No. 498610


  /s/
WILLIAM R. COWDEN, D.C. Bar No. 426301
BARRY WIEGAND, D.C. Bar No. 424288
Assistant United States Attorneys
555 4th Street, N.W.
Washington, DC 20530
William.B.Wiegand@USDoJ.Gov
(202) 307-0299
(202) 514-8707 (fax)

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing to be served upon claimants' counsel via the Court's ECF system, on this 17th day of October 2007.

  /s/
BARRY WIEGAND

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   ) | |
| ) | |
| **Plaintiff,**   ) | Civil Action No. 06-0212 (JR) |
| ) | ECF |
| v.   ) | |
| ) | |
| **$225,444.14 IN UNITED STATES CURRENCY,**   ) | |
| ) | |
| **Defendant.**   ) | |
| ) | |
| ) | |
| **FRANKLIN A. GLASCON & G. RENEE GLASCON,**   ) | |
| ) | |
| **Claimants.**   ) | |

## ORDER

This matter came before the Court on plaintiff's unopposed motion to enlarge until Wednesday, October 22, 2007, the time within which to file a reply to Claimants' Opposition To Plaintiff's Motion To Lift Stay And For Summary Judgment. Upon consideration of that motion and the entire record herein, it is by the Court this _____ day of October 2007

ORDERED, that plaintiff's motion be, and the same hereby is, GRANTED.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

cc:  William R. Cowden and Barry Wiegand          Mr. Mark A. Smith, Esq.
     Assistant U.S. Attorneys                     Claimants' Counsel
     Asset Forfeiture Section, 4th Floor          Law Office of Mark A. Smith LLC
     555 Fourth Street, N.W.                      1785 Massachusetts Avenue, N.W. #100
     Washington, D.C. 20001                       Washington, D.C. 20036
     (202) 307-0299                               (202) 776-0022
     William.B.Wiegand@USDoJ.Gov                  MarkSmith@MASmithLaw.com