UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-0212 (JR) |
| | ) | ECF |
| v. | ) | |
| | ) | |
| **$225,444.14 IN UNITED STATES CURRENCY,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| **FRANKLIN A. GLASCON & G. RENEE GLASCON,** | ) | |
| | ) | |
| Claimants. | ) | |
| | ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO ENLARGE UNTIL OCTOBER 25, 2007, TIME TO FILE REPLY TO CLAIMANTS' OPPOSITION TO SUMMARY JUDGMENT**

*COMES NOW*, plaintiff United States of America, by and through its attorney, the United States Attorney for the District of Columbia, to move – without opposition – to enlarge until Thursday, October 25, 2007, the time within which to file a reply to Claimants' Opposition To Plaintiff's Motion To Lift Stay And For Summary Judgment. In furtherance whereof, plaintiff respectfully submits as follows:

1. On August 28, 2006, the government filed a motion to lift the stay and for summary judgment in this civil forfeiture action. Claimants filed an opposition to the motion on October 10, 2007. There are no other parties.

2. Because of the need to complete other work duties and associated requirement for supervisory review, undersigned government counsel asks the Court to enlarge until tomorrow, Thursday, October 25, 2007, the time for the government to file a reply to claimants' opposition.

Claimants' counsel, Mr. Mark Smith, Esq., graciously has stated that he does not oppose this motion.

A proposed order granting this motion is attached.

**WHEREFORE**, plaintiff prays this Honorable Court to grant its motion and to enter the attached order.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY
        D.C. Bar No. 498610

        /s/
        WILLIAM R. COWDEN, D.C. Bar No. 426301
        BARRY WIEGAND, D.C. Bar No. 424288
        Assistant United States Attorneys
        555 4th Street, N.W.
        Washington, DC 20530
        William.B.Wiegand@USDoJ.Gov
        (202) 307-0299
        (202) 514-8707 (fax)

**CERTIFICATE OF SERVICE**

     I certify that I caused the foregoing to be served upon claimants' counsel via the Court's ECF system, on this 24th day of October 2007.

        /s/
        BARRY WIEGAND

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 06-0212 (JR)** |
| | ) | **ECF** |
| v. | ) | |
| | ) | |
| **$225,444.14 IN UNITED STATES CURRENCY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| **FRANKLIN A. GLASCON & G. RENEE GLASCON,** | ) | |
| | ) | |
| **Claimants.** | ) | |

## **ORDER**

This matter came before the Court on Plaintiff's Unopposed Motion To Enlarge Until October 25, 2007, Time To File Reply To Claimants' Opposition To Summary Judgment. Upon consideration of that motion and the entire record herein, it is by the Court this ____ day of October 2007

ORDERED, that plaintiff's motion be, and the same hereby is, GRANTED.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

cc:  William R. Cowden and Barry Wiegand         Mr. Mark A. Smith, Esq.
     Assistant U.S. Attorneys                    Claimants' Counsel
     Asset Forfeiture Section, 4th Floor         Law Office of Mark A. Smith LLC
     555 Fourth Street, N.W.                     1785 Massachusetts Avenue, N.W. #100
     Washington, D.C. 20001                      Washington, D.C. 20036
     (202) 307-0299                              (202) 776-0022
     William.B.Wiegand@USDoJ.Gov                 MarkSmith@MASmithLaw.com