UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>　　　　　　Plaintiff,　　　　)<br>　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>$225,444.14 IN UNITED STATES  )<br>　　　CURRENCY,　　　　　　 )<br>　　　　　　Defendant.　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>FRANKLIN A. GLASCON &　　　)<br>G. RENEE GLASCON,　　　　　)<br>　　　　　　Claimants.　　　　)<br>　　　　　　　　　　　　　　　) | Civil Action No. 06-0212 (JR)<br>ECF |

## JOINT MOTION FOR SCHEDULING ORDER

*COMES NOW*, plaintiff United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and claimants, by and through their attorney, Mr. Mark Anthony Smith, Esq., to file this joint motion for a scheduling order, as directed by the Court at the status conference held August 19, 2008. In furtherance whereof, plaintiff and claimants respectfully submit as follows:

　　1.　　This is a civil action *in rem* to forfeit to the U.S. government $225,444.14 seized on July 27, 2005, from a bank account at the Industrial Bank of Washington, NA, held in the name of Stop-and-Shop Liquors, a liquor store on Rhode Island Avenue, N.E., in Washington, D.C. Mr. Franklin A. Gascon and Ms. G. Renee Glascon have filed claims in this action to oppose forfeiture of the defendant funds. Between them, Mr. and Ms. Glascon, who are husband and wife, owned, operated, and managed Stop-and-Shop Liquors.

　　2.　　On April 12, 2006, this Court granted claimants's unopposed motion to stay this action, pursuant to 18 U.S.C. § 981(g)(2). On August 29, 2007, plaintiff filed a motion for summary

judgment and to lift the stay. This Court denied the summary judgment motion in an opinion issued July 11, 2008, and convened a status hearing on August 19, 2008.

3. At the ensuing status hearing, the Court lifted the stay, and directed the parties to file a Joint Scheduling Order. The Court otherwise set a further scheduling conference for 11:00 a.m., if the parties did not reach an agreement on discovery, motions, and mediation. The Court also set a jury trial in the matter for February 9, 2009.

4. In response to the Court's order, the parties propose the attached Scheduling Order. Essentially, this Order calls for all discovery to be completed by Friday, November 14, 2008. Although the parties do not now anticipate calling expert witnesses, the parties agree that any disclosure of expert testimony pursuant to Fed.R.Civ.P. Rule 26(a)(2), shall take place not later than Wednesday, October 1, 2008, and any rebuttal expert witness testimony must be disclosed pursuant to Rule 26(a)(2)(C)(ii), not later than Wednesday, October 29, 2008.

5. The parties further agree that any motion for summary judgment is to be filed by Friday, December 12, 2008, oppositions by Tuesday, January 13, 2009, and replies by Tuesday, January 20, 2009. The parties also propose a pre-trial conference for Monday, February 2, 2009. Additionally, the parties consent to referring the matter for mediation and settlement negotiations before a U.S. Magistrate Judge.

6. Claimant's counsel graciously has authorized undersigned to state the points in this motion, to sign on counsel's behalf, and has consented to plaintiff filing it. A proposed order is attached.

*WHEREFORE*, the parties respectfully pray this Honorable Court to issue the proposed order.

Respectfully submitted,

 /s/ *Jeffrey A. Taylor*
JEFFREY TAYLOR, D.C. Bar No. 498610
UNITED STATES ATTORNEY

 /s/ *William R. Cowden*
WILLIAM R. COWDEN, D.C. Bar No. 426301
Assistant United States Attorney

 /s/ *Barry Wiegand*
BARRY WIEGAND, D.C. Bar No. 424288
Assistant  United States Attorney
Criminal Division, Asset Forfeiture Unit
555 Fourth Street, N.W., Fourth Floor
Washington, D.C. 20530
(202) 307-0299
William.B.Wiegand@USDoJ.Gov

and

 /s/ *Mark Anthony Smith*
Mark Anthony Smith
LAW OFFICE OF MARK A. SMITH, LLC
1785 Massachusetts Avenue, N.W., Suite 100
Washington, D.C. 20036
(202) 776-0022; Fax: (202) 756-7516
Email: marksmith@masmithlaw.com
Counsel for Claimants Mr. Franklin A. Glascon
and Ms. G. Renee Glascon

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, before filing this JOINT MOTION FOR SCHEDULING ORDER, I obtained approval to do so from: Mr. Mark Anthony Smith, Esq., LAW OFFICE OF MARK A. SMITH, LLC, 1785 Massachusetts Avenue, N.W., Suite 100, Washington, D.C. 20036, (202) 776-0022; Fax: (202) 756-7516, Email: marksmith@masmithlaw.com, Counsel for Claimants Mr. Franklin A. Glascon and Ms. G. Renee Glascon, and that I also transmitted it to him through this Court's ECF system upon filing with the Court, on this second day of September 2008.

 /s/ *Barry Wiegand*
Barry Wiegand,
Assistant  United States Attorney

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>          Plaintiff,    )<br>                               )<br>      v.    )<br>                               )<br>$225,444.14 IN UNITED STATES    )<br>     CURRENCY,    )<br>         Defendant.    )<br>_____)<br>                               )<br>FRANKLIN A. GLASCON &    )<br>G. RENEE GLASCON,    )<br>         Claimants.    )<br>_____) | Civil Action No. 06-0212 (JR)<br>ECF |

## SCHEDULING ORDER

This matter came before the Court on the parties's Joint Motion For Scheduling Order. Upon consideration of that motion, the representations made in it, this Court's previous opinion and orders, and the entire record herein, it is by the Court this ____ day of September

ORDERED, that this matter is referred to a U.S. Magistrate Judge for mediation to pursue settlement discussions; in the meantime, and simultaneously, the parties shall prepare for the trial now set for February 9, 2009; so it is further

ORDERED, that all discovery shall be completed by Friday, November 14, 2008; disclosure of expert testimony, if any, pursuant to Fed.R.Civ.P. Rule 26(a)(2), shall take place not later than Wednesday, October 1, 2008, and any rebuttal expert witness testimony must be disclosed pursuant to Rule 26(a)(2)(C)(ii), not later than Wednesday, October 29, 2008; and it is further.

ORDERED that motions for summary judgment are to be filed by Friday, December 12, 2008, oppositions by Tuesday, January 13, 2009, and replies by Tuesday, January 20, 2009; and it is further

ORDERED, that a pre-trial conference is set for Monday, February 2, 2009, at 9:30 a.m.

_____
JAMES ROBERTSON
U.S. DISTRICT JUDGE